KC **FILED**

NOV 1 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Shirley A. Ewing Burks_
(Please print)

STREET ADDRESS: _15243 S Woodlawn_

CITY/STATE/ZIP: _Dolton, IL 60419_

PHONE NUMBER: _708-841-2824_

CASE NUMBER: 07CV6442
JUDGE LEFKOW
MAGISTRATE JUDGE VALDEZ

X _Shirley A Ewing Burks_                    _11-14-2007_
Signature                                           Date