## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6442 | **DATE** | 1/14/2008 |
| **CASE TITLE** | Long Beach Mortgage vs. Shirley Ewing Banks | | |

**DOCKET ENTRY TEXT**

Application of Shirley Ewing Burks for leave to proceed in forma pauperis [4] is granted. Summons to issue. The U.S. Marshal's Service is directed to effect service of summons and notice of appeal [1]. Status hearing is set for 3/6/2008 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:07-cv-06442    Document 5    Filed 01/14/2008    Page 1 of 1

07C6442 Long Beach Mortgage vs. Shirley Ewing Banks                                                       Page 1 of 1