**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
NOV 1 4 2007
11-14-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Long Beach Mortgage

v.

**Defendant(s)**

Shirley Ewing Burks

07CV6442
JUDGE LEFKOW
MAGISTRATE JUDGE VALDEZ

Notice of Appeal

Reverse order by Judge Sonderby, dated 11-08-2007, stating that bankruptcy proceeding did not give rise to any automatic stay. Case # 07-13905

x Shirley A Ewing Burks

SHIRLEY A EWING BURKS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Shirley Ewing-Burks

Debtor(s)

Case No.: 07 B 13905
Chapter: 13

Judge Susan Pierson Sonderby

ORDER PURSUANT TO 11 U.S.C. §362(c)(4)

THIS CAUSE coming to be heard on the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, a secured creditor herein, for an order confirming termination or absence of stay, the Court having jurisdiction over the subject matter and due notice having been given;

WHEREFORE, IT IS HEREBY ORDERED:

Creditor's motion is granted and pursuant to 11 U.S.C. Section 362(c)(3), no automatic stay is in effect and that the filing of this proceeding did not give rise to any automatic stay. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 its principals, agents, successors and/or assigns has been free to pursue their state court remedies as to the property commonly known as 15243 S. Woodlawn Avenue, Dolton, IL throughout the pendency of the bankruptcy.

ENTER:

DATED:_____

_____
UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-7672)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**NAME OF PRESIDING JUDGE,** Judge Susan Pierson Sonderby

| | | | |
|---|---|---|---|
| **Case No.** | 07 B 13905 | **Date** | 10/10/07 |

**Title of Cause**  Shirley Ewing-Burks, Debtor(s).

**Brief Statement of Motion**  Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 confirming Termination or Absence of Stay

**Names and Addresses of moving counsel**
Codilis & Associates, P.C.,
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

**Representing**  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2

**Names and Addresses of other counsel entitled to notice and names of parties they represent.**

Tom Vaughn, Chapter 13 Trustee,
200 South Michigan Suite 1300
Chicago, IL 60604

Pro Se Debtor, Attorney for Debtor(s),

,

_____

_____

_____

_____

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Shirley Ewing-Burks

Debtor(s)

Case No.: 07 B 13905
Chapter: 13
Hearing Date: 10/18/07

Judge S. Pierson Sonderby

### NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 200 South Michigan Suite 1300, Chicago, IL 60604 by electronic notice through ECF
Shirley Ewing-Burks, Debtor(s), 15243 S. Woodlawn, Dolton, IL 60419
Pro Se Debtor, Attorney for Debtor(s), , , by electronic notice through ECF

PLEASE TAKE NOTICE that on the 10/18/06 , at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Susan Pierson Sonderby, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 216 South Dearborn Street, Chicago, Illinois in room 642 or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on October 10, 2007 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 10, 2007.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-7672)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 10, 2007 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 10, 2007.

Tom Vaughn, Chapter 13 Trustee, 200 South Michigan Suite 1300, Chicago, IL 60604 by electronic notice through ECF
Shirley Ewing-Burks, Debtor(s), 15243 S. Woodlawn, Dolton, IL 60419
Pro Se Debtor, Attorney for Debtor(s), , ,  by electronic notice through ECF

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-7672)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Shirley Ewing-Burks<br><br>Debtor(s) | Case No.: 07 B 13905<br>Chapter: 13<br>Hearing Date: 10/18/07<br><br>Judge S. Pierson Sonderby |

**MOTION TO CONFIRM TERMINATION OR ABSENCE OF STAY**

NOW COMES DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2, (hereinafter "Creditor"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order confirming termination or absence of stay pursuant to 11 U.S.C. §362(j) and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois;

2. The Debtor is indebted to Creditor or servicer for which the movant claims a valid security interest in the property commonly known as 15243 S. Woodlawn Avenue, Dolton, IL;

3. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 8/2/07;

4. Debtor has had more than one prior case dismissed within 365 days of filing the current case:

   a. Bankruptcy Chapter 13, case number 07-02562 was filed on 2/14/07 by Shirley Ewing-Burks. Case was dismissed on 3/26/07;

   b. Bankruptcy Chapter 13, case number 07-08114 was filed on 5/3/07

by Shirley Ewing-Burks. Case was dismissed on 6/20/07;

5. Neither of the prior cases were dismissed pursuant to 11 U.S.C. §707(b);

6. That pursuant to 11 U.S.C. § 362(c)(4) no automatic stay has been in effect since the filing of the bankruptcy;

7. That the debtor filed a motion to extend the stay, but the motion was denied;

8. That although the case has been dismissed, it has not been closed, and the debtor is asserting in state court that an automatic stay was in place;

**WHEREFORE**, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-WL2 prays this Court enter an order pursuant to 11 U.S.C. §362(j) confirming termination or absence of stay, approving its post-petition fees and costs incurred, and for such other and further relief as this Court may deem just and proper.

Dated this October 10, 2007.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Gloria Tsotsos

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-7672)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.