UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Shirley Ewing Burks
                          Plaintiff,

v.                                        Case No.: 1:07−cv−06442
                                                                      Honorable Joan H. Lefkow

Long Beach Mortgage
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Status hearing held on 3/6/2008, counsel for Long Beach Mortgage appearing in court, and Shirley Ewing Burks not appearing in court. Oral motion of Long Beach Mortgage to dismiss is granted. Case is hereby dismissed with prejudice for failure to prosecute. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.